IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02612-LTB

VIRGINIA ARCHULETA,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 8, 2012, it is hereby

      ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

      DATED at Denver, Colorado, this 8 day of November, 2012.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/ S. Grimm
                     Deputy Clerk